UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Dana Goins, pro se : Case No. C-01-185

    Petitioner :

-vs- :

Samuel Tambi, Warden : **MOTION FOR EXTENSION OF TIME**

    Respondent :

    NOW COMES Dana Goins, Petitioner, pro se ("Goins") in the above-styled case, who respectfully asks this Honorable Court to grant his Motion for Extension of Time, pursuant to App.R. 4(a)(5), up to and including September 23, 2004. This extension of time is needed to allow Goins adequate time to file a Notice of Appeal from the District Court's decision to deny his Motion for Reopening of Petition for Habeas Corpus that was signed by Senior Judge Weber, July 23, 2004.

    Goins has filed a motion to file more than the twenty pages allowable for a Notice of Appeal pursuant to App.R. 5 (c), in this court, as he would not be able to effectively submit a Notice of Appeal and stay within the page limitations.

    It must be noted that Judge Weber, in his decision, suggested that if Goins wishes to obtain review of the Court's decision, he must pursue an appeal to the United States Court of Appeals for the Sixth Circuit. Subsequently, this is what he is attempting to do and does not want to miss any filing limitations.

    As of this time, no decision has been rendered on that request, thus, the request for additional time. No other extensions of time have beem made.

    Respectfully submitted,

    Dana Goins, pro se
    373-041
    Hocking Correctional Facility
    Box 59
    Nelsonville, Ohio  45764