UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

2004 SEP -1 PM 4:40

| | | |
|---|---|---|
| Dana Goins, | : | District Court Case No. 01-185 |
| Petitioner | : | Court of Appeals Case No. 02-4432 |
| -vs- | : | **MOTION FOR PERMISSION FOR LEAVE OF COURT TO FILE A MEMORANDUM IN SUPPORT OF NOTICE OF APPEAL EXCEEDING TWENTY PAGES** |
| Samuel Tambi, Warden | : | |
| Respondent | : | |

NOW COMES Dana Goins, Petitioner, pro se, in the above-captioned case, who respectfully asks this Honorable Court, pursuant to Rules of Appellate Procedure 5(C), for leave of court to file a memorandum in support of a Notice of Appeal that would exceed the twenty page limit set forth by the court, exclusive of the accompanying documents required by Rule 5(b)(1)(E).

These additional pages are needed to effectively prepare and show the Court of Appeals why the District Court erred when it denied his Motion to Reopen his Petition for Habeas Corpus which was signed by the judge on July 23, 2004. No file stamp was attached to the District Court's decision. In addition, Goins has submitted a Motion for Extension of Time, up to and including September 23, 2004, (30 days). No decision has been received by petitioner as of yet, who prays that his submitted Notice of Appeal with Memorandum in Support will be accepted by the court for thorough review. The Memorandum in Support and accompanying documents/pages offers sufficient evidence that would allow his Petition for Habeas Corpus to be reopened, as requested.

Respectfully submitted,

Dana Goins, pro se
373-041
Hocking Correctional Facility
Box 59
Nelsonville, Ohio  45764