UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Dana Goins,                         :     Case No. C-01-185

    Petitioner              :

    -vs-                    :     **MOTION FOR PERMISSION
                                  TO APPEAL IN FORMA PAUPERIS**

Samuel Tambi, Warden                :

    Respondent

    I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my indigency is true and correct and that I am presently incarcerated at Hocking Correctional Facility in Nelsonville, Ohio, 45764.

    The main issue on appeal is the fact that counsel for Petitoner Goins refused to file a timely Notice of Appeal on his behalf even though he was requested to do so. If this appeal is permitted to go forward, the other issues would be:

1. Other issues of Ineffective Assistance of Counsel
2. Illegal traffic stop
3. Warrantless searches
4. Police misconduct
5. Extraordinary length of detainment  (3 hours) after traffic stop

*/s/ Dana Goins*
Dana Goins, pro se
373-041
Box 59
Nelsonville, Ohio 45764