# TRANSMISSION FORM

ECF 9-7-04

| District Court: | **SD of Ohio (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 01-185 | Court of Appeals Case No: |

**04 - 4146**

**SHORT CAPTION**

| | Case Manager: |
|---|---|

***Dana Goins***

| Plaintiff/Petitioner | Date Filed: **MICHELLE DAVIS** |
|---|---|

vs.

**Mark Saunders**

**F I L E D**

SEP 21 2004

LONARD GREEN, Clerk

Defendant/Respondent

**#373-041**
**Hocking Correctional Facility**
**P.O. Box 59**
**Nelsonville, OH 45764-0059**
*provide pro se address IF NOT on the docket sheet

| District Court Judge: | **Weber** | Anything That Needs Special Attention |
|---|---|---|
| Court Reporter(s): | | **Motion for IFP** |
| | | Prior 02-4432 |
| From Deputy Clerk: | **Kendra Jordan** | |
| Date: | **9-7-04** | |

| $255.00 Appeal Filing Fee Paid? | **NO** | |
|---|---|---|

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)** ___Volume(s)

Deposition(s) ___Volume(s) Exhibit(s) ___ Volume(s)

Transcript(s) ___Volume(s) **Sealed** ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____ **James Bonini** _____
United States District Court