# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

Dana Goins                                ,

            Plaintiff(s),               :

    -vs-                                                      Case No.  1:01cv185

~~Samuel Tambi, Warden~~,

            Defendant(s),               :

---

## APPLICATION AND AFFIDAVIT BY INCARCERATED PERSON TO PROCEED WITHOUT PREPAYMENT OF FEES

---

### NOTICE TO PRISONERS REGARDING PROCEEDINGS *IN FORMA PAUPERIS*

    **Prisoner account statement required.**  A prisoner seeking to bring a civil action or file an appeal without prepayment of fees or security therefor must submit a certified copy of the trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint or the filing of a notice of appeal.  Prison Litigation Reform Act of 1995, Pub. L. No. 104-131, 110 Stat. 1321, § 804(a) (1)-(3), 28 U.S.C. § 1915(a)-(h).  The trust fund account statement is obtained from the cashier of the prison or prisons at which the prisoner was confined during the previous six months.  28 U.S.C. § 1915(a)(2).  Since an appeal is a separate action, another application to proceed without prepayment of fees or security therefor must be filed when you file a notice of appeal.  A prisoner seeking habeas corpus relief is not required to file a prisoner account statement.

    **Filing Fees.**  The current fees for filing a habeas corpus petition, civil complaint, and  notice of appeal are:

- Habeas corpus petition. . . . . . . . . . . . .     $5.00
- Civil complaint  . . . . . . . . . . . . . . . .    $150.00
- Appeal . . . . . . . . . . . . . . . . . . . . . .  $255.00

1

# AFFIDAVIT

I, __Dana Goins__, declare that I am the (check appropriate box):

[X] petitioner/plaintiff/movant        [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of the full filing fee or costs under 28 U.S.C. § 1915, I declare that I am unable to prepay the full filing fee or the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under the penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No

   If "Yes", state the place of incarceration: __Hocking Correctional Facility, Box 59 Nelsonville, Ohio  45764__
   (If "No," this is the wrong form for you. You should request the Non-Prisoner Declaration in Support of Request to Proceed *In Forma Pauperis*)

2. Do you have a work, program, status assignment or other circumstances which causes you to be paid by the prison, jail, or other custodial institution? [X] Yes    [ ] No

   If "Yes", state the amount credited to you each month: $ __20.00__ /month

3. In the past 12 months have you received any money from the following sources? If so, state the total amount received.

   |   |   |   |   | Amount |
   |---|---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] Yes | [X] No | $_____ |
   | b. | Rent payments, interest or dividends | [ ] Yes | [X] No | $_____ |
   | c. | Pensions, annuities or life insurance payments | [ ] Yes | [X] No | $_____ |
   | d. | Disability or workers compensation payments | [ ] Yes | [X] No | $_____ |
   | e. | Gifts or inheritances | [X] Yes | [ ] No | $ 20.00 |
   | f. | Any other sources | [ ] Yes | [X] No | $_____ |

5

If the answer to any of the above is "Yes", describe each source of money and statement received **and** what you expect you will continue to receive.

```
In July, 2004, I received $20.00 from a friend for a birthday present but
I don't expect to be receiving anymore money as the person that sent the
money to me is elderly and depends on Social Security and has a limited
amount of money to make ends meet.
```

4. Do you have **any** cash or checking or savings accounts outside the prison?

    ☐ Yes      ☒ No    Amount $_____

5. Do you have a secondary savings account, such as a certificate of deposit or a savings bond, which is recorded by the prison cashier?

    ☐ Yes      ☒ No    Amount $_____

6. Do you own any assets, including real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

    ☐ Yes      ☒ No

If "Yes", describe each asset and state its value.

| ASSET | VALUE |
|---|---|
| Autos _____ | $_____ |
| (Make/model/year)_____ | |
| Stocks _____ | $_____ |
| _____ | $_____ |
| Bonds _____ | $_____ |
| Notes _____ | $_____ |
| Real Estate _____ | $_____ |
| $_____ (mortgage) | |
| Other _____ | $_____ |

7. Have you on three or more prior occasions, while incarcerated or detained in any prison, jail or other facility, brought an action in a court of the United States that was dismissed on the

grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes    ☒ No

If "Yes," list the dismissals:

| Date Dismissed | Case Name | Case No. |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

# DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have submitted above a complete statement of all the assets I possess and that all of the information is true and correct.

I understand that my signature below authorizes the institution of incarceration to forward from my account to the Clerk of the Court any initial partial filing fee assessed by the Court in the amount of 20 percent of the greater of the average monthly deposits to my prison account or the average monthly balance in my prison account for the six-month period immediately preceding the filing of the complaint. Thereafter, I authorize the institution of incarceration to forward monthly payments of 20 percent of my preceding month's income credited to my prison account until I have paid the full amount of the filing fee.

___10-13-04___   Dana Goins  _/s/ Dana Goins_
DATE             SIGNATURE OF APPLICANT

7

# Ohio Department of Rehabilitation and Correction

SECTION I - To be completed by cashier prior to this form being presented to the inmate for completion of SECTION II - Affidavit of Indigency.

I, Dorothy L Hunt, cashier at the Hocking Correctional Facility certify that the following is a true and accurate reflection of the status of the account maintained at this institution for the benefit of:

| Inmate Name: | Inmate Number: |
|---|---|
| GOINS, DANA | A-373041 |

*The Prison Litigation Reform Act (PLRA) requires that the time period to be considered is the preceeding six months. It also requires that, "...if financial activity is less than six months due to less than six months of incarceration, then note this fact on the statement. If lack of history is due to recent transfer, then obtain missing month-end reports from sending cashier to complete the six month period. The sending cashier must similarly certify the monthend reports."*

The time period being reported below is:  [x] Six months   [ ] Fewer than six months, beginning _____

The time period is fewer than six months, because:  [ ] Period of Incarceration   [ ] Transfer

| | |
|---|---|
| Account Balance as of 10/14/2004 : | $ 32.91 |
| Total state pay credited for the report period; | $ 120.00 |
| Average monthly state pay for the report period; | $ 20.00 |
| Total funds received from all sources, excluding state pay, for the report period; | $ 20.00 |
| Total amount spent in inmate's commissary during the same period; | $ 120.80 |

Signature of Cashier: *Dorothy Hunt*    Date: 10/14/04

## AFFIDAVIT OF INDIGENCY

SECTION II - To be completed by inmate after cashier's statement is completed.

I, GOINS, DANA, being first duly sworn, says that he/she does not have sufficient funds to pay the filing fee and other costs of prosecuting this complaint against the State of Ohio, Department of Rehabilitation and Correction, in the Court of Claims of Ohio and submits the cashier's statement (Section I) in support of said allegation of indigency.

I hereby represent that the Information set forth in the cashier's statement concerning my financial condition is true and complete to the best of my knowledge and belief.

Signature of Inmate: *Dana Goins*    Inmate Number: 373-041

Sworn to and subscribed to me in my presence this 20th day of October, 2004.

RALPH EVANS
Notary Public, State of Ohio
My Commission Expires 12/24/2005

Notary Public: *Ralph Evans*

DRC 2257 E (10/02)   ACA 4262, 4324

Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of your prison trust fund account statement from the institution(s) of your incarceration showing at least the past six months' transactions.

## CERTIFICATE

(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __32.91__ on account to his/her credit at (name of institution) __Hocking Correctional Facility__ ____. I further certify that during the past six months the applicant's average monthly balance was $ __24.01__ and the applicant's average monthly deposits were $ __23.33__. I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s), such as a certificate of deposit or a savings bond. The secondary account(s) balance is $_____.

__10/14/04__
DATE

__Dorothy Hunt Cashier__
SIGNATURE OF AUTHORIZED OFFICER

```
OCT 14, 2004                HOCKING CORRECTIONAL FACILITY                    PAGE  1

   04/15/2004 THRU 10/14/2004 INMATE  DEMAND  STATEMENT

   INMATE NUMBER: A373041                         LOCK LOC:

   INMATE NAME:   GOINS, DANA                     SHOP CYCLE: 3
                  AKA:

   STATUS:        A                               FROM LOC:  MACI
   MISC A:        0                               FROM DATE: 12/29/1999
   MISC B:                                        D.O.B.:
   NOTE:
   HOLD TOTAL:              .00                   TO LOC:
   I.P.C. BALANCE:          .00                   TO DATE:


                                                                        ACCOUNT
   TRAN       TRAN
   DATE       AMOUNT    TC ST OPR   T/C DESC     MISC DESC              BALANCE

   BALFWD                                                                 24.37
   04/16/04    3.96-  01 00 DLH  COMMISSARY  012479                       20.41
   04/23/04    5.96   01 00 BEC  COMMISSARY  012776                       14.45
   04/26/04    1.06   03 00 BEC  POSTAGE     POSTAGE                      15.39
   04/29/04    3.96   01 00 DLH  COMMISSARY  013053                       11.43

   05/07/04    3.96   01 00 DLH  COMMISSARY  013297                        7.47
   05/10/04   20.00   30 00 DLH  EARNINGS                                 27.47
   05/13/04    5.70   03 00 DLH  POSTAGE     POSTAGE                      21.77
   05/14/04    4.00   01 00 DLH  COMMISSARY  013606                       17.77
   05/21/04    4.17   01 00 DLH  COMMISSARY  013986                       13.60
   05/28/04    3.30   01 00 DLH  COMMISSARY  014260                       10.30

   06/04/04    2.35   03 00 BEC  POSTAGE     POSTAGE                       7.95
   06/04/04    3.30   01 00 DLH  COMMISSARY  014512                        4.65
   06/07/04   20.00   30 00 DLH  EARNINGS                                 24.65
   06/11/04    3.30   01 00 DLH  COMMISSARY  014918                       21.35
   06/21/04    3.44   01 00 BEC  COMMISSARY  015224                       17.91
   06/21/04    3.05   03 00 BEC  POSTAGE     POSTAGE                      14.86
   06/25/04    7.23   01 00 DLH  COMMISSARY  015515                        7.63
   06/30/04    1.98   03 00 DLH  POSTAGE     POSTAGE                       5.65

   07/06/04   20.00   30 00 DLH  EARNINGS                                 25.65
   07/06/04   20.00   31 00 DLH  RECEIPTS M  MAILROOM                     45.65
                                             BERNICE GIBSON
   07/07/04    6.78   01 00 DLH  COMMISSARY  000047                       39.07
   07/14/04    4.75   01 00 DLH  COMMISSARY  000454                       34.32
   07/21/04    4.79   01 00 DLH  COMMISSARY  000731                       29.53
   07/28/04    5.42   01 00 DLH  COMMISSARY  001062                       24.11

   08/04/04    4.60   01 00 DLH  COMMISSARY  001333                       19.51
   08/09/04   20.00   30 00 DLH  EARNINGS                                 39.51
   08/12/04    2.35   03 00 DLH  POSTAGE     POSTAGE                      37.16
   08/11/04    4.43   01 00 DLH  COMMISSARY  001662                       32.73
   08/18/04    3.45   01 00 DLH  COMMISSARY  001920                       29.28
```

```
OCT 14, 2004                    HOCKING CORRECTIONAL FACILITY                    PAGE   2
01/15/2004 THRU 10/14/2004  INMATE  DEMAND  STATEMENT

  INMATE NUMBER: A373013                              LOCK LOC:

  INMATE NAME:   GOINS, DANA                          MTRP CYCLE:  C
                 AKA:

  STATUS:        A                                    FROM LOC:    HOCI
  MISC A:        C                                    FROM DATE:   12/29/1999
  MISC B:                                             S.S.N.:
  NOTE:
  HOLD TOTAL:                 .00                     TO LOC:
  R.P.CK BALANCE:             .00                     TO DATE:


       TRAN            TRAN                                                     ACCOUNT
       DATE           AMOUNT    TB IT CDR  T/C DESC    MISC DESC                BALANCE


      08/25/04          4.68    01 00 DEC COMMISSARY  002365                     23.66
      08/31/04          4.65    03 00 DEC POSTAGE     POSTAGE                    19.01

      09/01/04          9.80    01 00 DLH COMMISSARY  002573                      9.21
      09/01/04          5.34    01 00 DLH COMMISSARY  002651                      4.85
      09/07/04         20.00    30 00 DLH EARNINGS                               14.85
      09/08/04          1.89    01 00 DLH COMMISSARY  002864                     12.96
      09/15/04          2.30    01 00 DLH COMMISSARY  003247                     10.66
      09/29/04          3.53    01 00 DLH COMMISSARY  003536                      7.13

      10/06/04          1.12    01 00 DEC COMMISSARY  003702                     12.91
      10/12/04         20.00    30 00 DLH EARNINGS                               32.91
      CURR.BAL                                                                   32.91
                                                      TOTAL DEBITS              131.46
                                                      TOTAL CREDITS              40.00
                                                      AVERAGE BALANCE            31.46
```

*Dorothy Hunt, Cashier*