

- Sender: Please print your name, address, and ZIP+4 in this box

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
103 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

#51

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kent R Marble_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Kent Marble  C. Date of Delivery: 11-10-04 |
| 1. Article Addressed to:<br>Daniel Goins<br>#373-041<br>Hocking Corr. Fac.<br>POB 59<br>Nelsonville, OH<br>45764-0059 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0008 6348 7530 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540