# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DANA GOINS,** | : | Case No. C-1-01-185 |
| | | (Judge Weber) |
| Petitioner | : | |
| | | **MOTION FOR ORDER TO** |
| | : | **TRANSFER AND SUPPLEMENT** |
| - vs. - | | **THE RECORD** |
| | : | |
| **MARK SANDERS,** | | |
| | : | |
| Respondent | | |
| | : | |

NOW COMES Petitioner/Appellant, Dana Goins, by and through his undersigned appellate counsel, who hereby moves this Honorable Court to Order the transfer of the entire record of *State of Ohio v. Dana Goins*, Butler County Court of Common Pleas, Butler County, Ohio, Case No. CR98-12-1476. Transfer of the record from that court is respectfully requested to supplement the record in this action, as this matter is presently on appeal before the United States Court of Appeals for the Sixth Circuit.

        Respectfully submitted,

        /s  Gregory A. Napolitano
        Gregory A. Napolitano (Ohio # 0068671)
        *Jacobs, Jensen & Napolitano, LLC*
        30 Garfield Place, Suite 750
        Cincinnati, Ohio 45202
        (513) 621-4556 (telephone)
        (513) 621-5563 (facsimile)
        gnapolitano@jjnlaw.com
        Appellate attorney for Petitioner,
        Dana Goins

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2005 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through this system. I further certify that a copy of the foregoing has been served by ordinary U.S. mail upon the following counsel:

Stewart W. Harris, Esq.
Kegler, Brown, Hill & Ritter
65 E. State Street, Suite 1800
Capitol Square Office Building
Columbus, OH 43215

        /s Gregory A. Napolitano
        Gregory A. Napolitano