UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4146

FILED
JAMES DONINI
CLERK

07 JAN 16 PM 1:57

Filed: January 12, 2007

DANA GOINS

    Petitioner - Appellant

v.

MARK SAUNDERS

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 11/15/06 the mandate for this case hereby issues today.

A True Copy.

COSTS: None

Attest:

Filing Fee .......... $
Printing ............ $

    Total ........ $

*Michelle Davis*
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

MS. MICHELLE M. DAVIS
(513) 564-7025
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 12, 2007

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-4146
Goins vs. Saunders
District Court No. 01-00185

Enclosed is a copy of the mandate filed in this case.

Very truly yours,
Leonard Green, Clerk

(Ms.) Michelle M. Davis
Case Manager

cc:
Honorable Herman J. Weber
Mr. Gregory Adam Napolitano
Mr. M. Scott Criss