# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 14, 2007

FILED

FEB 2 1 2007

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth
Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH  45202

Re: Dana Goins
v. Mark Saunders, Warden
Application No. 06A787
(Your No. 04-4146)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Stevens, who on February 14, 2007 extended the time to and including April 16, 2007.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter**, Clerk

by
Clayton Higgins
Case Analyst