01-00185

RECEIVED
Weber
APR 27 2007

04-4146
pv

Supreme Court of the United States
Office of the Clerk
Washington, DC 20543-0001

LEONARD GREEN, Clerk

April 24, 2007

William K. Suter
Clerk of the Court
(202) 479-3011

FILED
APR 27 2007
LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

Re: Dana Goins
v. Mark Saunders, Warden
No. 06-10791
(Your No. 04-4146)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 29, 2007 and placed on the docket April 24, 2007 as No. 06-10791.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst