01 - 00085
Cincinnati
Weber

RECEIVED
JUL 0 2 2007

Michelle

04 -4146

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

June 25, 2007

William K. Suter
Clerk of the Court
(202) 479-3011

LEONARD GREEN, Clerk

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
JUL - 3 2007
LEONARD GREEN, Clerk

Re: Dana Goins
v. Mark Saunders, Warden
No. 06-10791
(Your No. 04-4146)

1:01-CV-185 HJW/JS

07 JUL -9 PM 4:35

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk