## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 23, 2007

Mr. James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000



    Re: No. 04-4146, *Goins v. Saunders*
         Originating Case No. 01-00185

Dear Clerk,

    Enclosed please find:

        The CERTIFIED RECORD RETURNED to lower court at the end
        of appellate proceedings. Volumes included: 2 Pl.

    Please acknowledge receipt of the certified record on the attached copy of this letter and return it to this office.

_[signature]_
Name and Title of Authorized Agent for
the District Court or Government Agency
8/27/2007
Date

                                        Sincerely yours,

                                        Karen S. Fultz
                                        Records Management Deputy