No. 07-3653

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT



In re: DANA GOINS,

    Movant.

O R D E R

FILED

FEB 0 8 2008

LEONARD GREEN, Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By_____
Deputy Clerk

Before: MARTIN and SUTTON, Circuit Judges; OBERDORFER, District Judge.*

Dana Goins moves this court for an order authorizing the district court to consider a second or successive application for a writ of habeas corpus pursuant to 28 U.S.C. § 2244. Ohio has responded in opposition to the motion.

In 1999, Goins pleaded guilty to charges of corruption of a minor, bribery, compelling prostitution, and use of a minor in nudity oriented material and was sentenced to fifteen years of imprisonment. Goins did not file a direct appeal, but filed motions for judicial release, to vacate his sentence, and for delayed appeals, all of which were unsuccessful. In 2001, Goins filed this petition for federal habeas corpus relief, arguing that he had received ineffective assistance of counsel, his plea was involuntary, he was subject to an illegal search, his arrest was unlawful, and he was denied the right to appeal. The district court dismissed the petition as barred by the statute of limitations, and both the district court and this court denied Goins a certificate of appealability. In 2004, the district court denied Goins's motion to reopen his initial habeas corpus action. The district court rejected Goins's contention that an intervening change of law warranted reconsideration of the

---

*The Honorable Louis F. Oberdorfer, United States District Judge for the District of Columbia, sitting by designation.

timeliness of his petition, and this court affirmed the district court's judgment. *Goins v. Saunders*, 206 F. App'x 497 (6th Cir. 2006), *cert. denied*, 127 S. Ct. 3010 (2007).

Here, Goins seeks an order authorizing another habeas application, and again asserts that new precedent warrants reconsideration of the timeliness of his first habeas corpus petition. Generally, Goins may not assert a claim in a second or successive habeas petition under 28 U.S.C. § 2254 unless he first makes a prima facie showing before this court that the claim: (1) "relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable"; or (2) relies on new evidence of innocence that could not have been discovered earlier, and which "if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense." *See* 28 U.S.C. § 2244(b)(2)(A) & (B). Goins cites no claim that falls within either category cognizable under § 2244. Goins cites no new rule of constitutional law made retroactive to cases on collateral review by the Supreme Court; rather, Goins contends that new precedent from this court might warrant relief from the dismissal of his initial habeas corpus petition. This contention, even if established, cannot support authorization of a second or successive habeas petition under 28 U.S.C. § 2244(b)(2)(A) & (B). Therefore, Goins's motion must be denied.

For the foregoing reasons, the motion for an order authorizing the district court to consider a second or successive habeas corpus petition is denied.

ENTERED BY ORDER OF THE COURT

_____
Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Leonard Green
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 08, 2008

Dana Goins
P.O. Box 59
Nelsonville, OH 45764-0000

Ms. Hilda Rosenberg
441 Vine Street
1600 Carew Tower
Cincinnati, OH 45202-0000

    Re: No. 07-3653, *In Re: Dana Goins*
      Originating Case No. 01-00185

Dear Counsel,

  The Court issued the enclosed Order today in this appeal.

            Sincerely yours,

            s/Florence P. Ebert
            Case Manager
            Direct Dial No. 513-564-7026
            Fax No. 513-564-7098
            CA06-Team2@ca6.uscourts.gov

cc: Mr. James Bonini
   Honorable Herman J. Weber

Enclosure

FILED
JAMES BONINI
CLERK

08 FEB 11 PM 12:37

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000